MICHELE BECKWITH
Acting United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
LORI A. LOOKLISS, MICHIGAN BAR NO. P64099
Special Assistant United States Attorney
    6401 Security Boulevard
    Baltimore, Maryland 21235
    Telephone: 410-966-3808
    E-Mail: lori.lookliss@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANNAH NICOLE HAYES,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:25-cv-00215-SKO<br><br>**STIPULATION AND UNOPPOSED MOTION FOR AN EXTENSION OF TIME; ORDER**<br><br>**(Doc. 15)** |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from June 16, 2025, up to and including July 16, 2025. This is the Defendant's first request for an extension.

The undersigned counsel for Defendant ("Counsel") makes this request in good faith and for good cause. Good cause exists for this extension as more time is needed to respond to Plaintiff's brief. Upon review of Plaintiff's brief and the transcript, I require more time to consult with my client and Plaintiff

Stipulation for an Extension of Time; Order    - 1 -

1  regarding settlement options in this case and to file a responsive brief absent settlement. Therefore, I
2  am requesting more time to work on this case.
3  The Office of the General Counsel contacted Plaintiff's counsel, and there is no objection to this
4  motion. This request is made in good faith and with no intention to unduly delay the proceedings, and
5  counsel apologizes for any inconvenience. Defense counsel believes the requested extension should
6  allow sufficient time to address the issues.
7  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

DATED: June 10, 2025

 /s/ *Francesco Benavides\**
FRANCESCO BENAVIDES
Law Offices of Francesco Benavides
*Authorized by email on
June 10, 2025
Attorney for Plaintiff

DATED: June 10, 2025

MICHELE BECKWITH
Acting United States Attorney

MATHEW W. PILE
Associate General Counsel
Social Security Administration

 */s/ Lori A. Lookliss*
LORI A. LOOKLISS
Special Assistant United States Attorney

//
//
//
//
//
//
//
//
//
//

Stipulation for an Extension of Time; Order          - 2 -

**ORDER**

Pursuant to the parties' Stipulation and Unopposed Motion (Doc. 15), and for good cause shown (Fed. R. Civ. P. 16(b)(4)), IT IS SO ORDERED that Defendant shall have an extension of 30 days, to July 16, 2025, to file the Commissioner's responsive brief.  All other dates in the Scheduling Order (Doc. 5) are enlarged accordingly.

IT IS SO ORDERED.

Dated:   **June 11, 2025**              /s/ *Sheila K. Oberto*
                                  UNITED STATES MAGISTRATE JUDGE