MICHELE BECKWITH
Acting United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
LORI A. LOOKLISS, MICHIGAN BAR NO. P64099
Special Assistant United States Attorney
      6401 Security Boulevard
      Baltimore, Maryland 21235
Telephone: 410-966-3808
E-Mail: lori.lookliss@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANNAH NICOLE HAYES,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | CIVIL NO. 1:25-cv-00215-SKO<br><br>**STIPULATION AND UNOPPOSED MOTION TO VOLUNTARILY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER**<br><br>(Doc. 17) |

    IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.  This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

    On remand, the Commissioner will develop the record as necessary; reconsider all relevant issues; and issue a new decision. The parties further request that the Clerk of the Court

STIPULATION TO REMAND

1  be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the
2  final decision of the Commissioner.

Dated:  July 1, 2025	/s/ *Francesco Benavides**
	FRANCESCO BENAVIDES
	Law Offices of Francesco Benavides
	*Authorized via e-mail on June 25, 2025

	MICHELE BECKWITH
	Acting United States Attorney

	MATHEW W. PILE
	Associate General Counsel
	Social Security Administration

	By:	/s/ *Lori A. Lookliss*
		Lori A. Lookliss
		Special Assistant United States Attorney

		Attorneys for Defendant

STIPULATION TO REMAND

**ORDER**

Based upon the parties' Stipulation and Unopposed Motion to Voluntarily Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") (Doc. 17), and for cause shown,

**IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

The Clerk of Court shall enter a final judgment in favor of Plaintiff, and against Defendant, vacating and reversing the final decision of the Commissioner. The Clerk shall also administratively close this file.

IT IS SO ORDERED.

Dated:   **July 1, 2025**                    /s/ *Sheila K. Oberto*
                                             UNITED STATES MAGISTRATE JUDGE